Priscilla A. Gairing, executrix of the last will of Carl F. Gairing, deceased, appellee, v. W. J. Newman Wrecking Company, appellant. **Gen. No. 34,155.**

Heard in the second division of this court for the first district at the February term, 1930. Opinion filed June 30, 1930.

Lambert K. Hayes and Leonard F. Carmody, for appellant. Hubert E. Page, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

**Michael Lack, appellee, v. Anna Lack, appellant. Gen. No. 34,355.**

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed June 30, 1930. Rehearing denied July 11, 1930.

Leopold Saltiel, for appellant. Marvin W. Wallach, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Chicago Title & Trust Company, appellee, v. The Cass Street Building Corporation, defendants, on appeal of Rudolph Lederer, appellant. **Gen. No. 34,381.**

Heard in the third division of this court for the first district at the June term, 1930. Opinion filed July 2, 1930.

Perlman, Goodman & Scolnik, for appellant; Avern B. Scolnik, of counsel. Altheimer & Meyer, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Rudolph Fischman et al., defendants in error, v. Charles E. Scharf, plaintiff in error. **Gen. No. 34,044.**

Heard in the first division of this court for the first district at the February term, 1930. Opinion filed July 7, 1930.

W. J. Lewis, for plaintiff in error. Lefkovits & Lefkovits, for defendants in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.